UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

MICHAEL W. PERTUSET,                :
                                    :    NO: C-1-02-366
                                    :
        Plaintiff,                  :
                                    :    **ORDER**
                                    :
    v.                              :
                                    :
                                    :
DON D. JONES, et al.,               :
                                    :
                                    :
        Defendants.                 :

By earlier orders, this Court scheduled a final pretrial conference and settlement conference for September 11, 2003 in preparation for trial to begin on October 14, 2003 (docs. 11, 15).  On June 23, 2003, Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National") moved to stay all proceedings in the instant action pending resolution of a number of cases currently pending before the Supreme Court of Ohio (doc. 17).  National avers that the Supreme Court of Ohio's decisions in these cases will be dispositive as to the issue of coverage presented by the instant case and that the "interests of judicial economy" would be served by the grant of such a stay (Id.).  The Court notes that Plaintiff has not opposed this Motion.

In light of National's Motion, the final pretrial conference scheduled for September 11, 2003 at 2:00 p.m. is hereby CONVERTED

into a status conference for consideration of this and other pending issues. All proceedings in the instant action are STAYED until this status conference is held.

SO ORDERED.

Dated: _____          _____
                           S. Arthur Spiegel
                           United States Senior District Judge