

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**

JUL 1 0 2003

Kenneth J. Murphy, Clerk
Columbus, Ohio

Thomas M. Kearns, et al.,

    Plaintiffs,

vs.

                              Case No. C2-02-146
                              Judge Graham

AIG Risk Management, Inc, et al.,

    Defendants.

### ORDER

The motion of defendant National Union Fire Insurance Company of Pittsburgh, PA to stay this action until the Supreme Court of Ohio rules in the pending cases of <u>Tucker v. Wilson</u> and <u>Allen v. Johnson</u>, is granted. Counsel for defendant shall notify the court when the Supreme Court of Ohio has ruled.

It is so ORDERED.

                                                JAMES L. GRAHAM
                                                United States District Judge

DATE: July 10, 2003

19

received
7-16-03

2-1532