667011

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

RANCIS E SWEENEY JR ADMIN ETC ESTATE
F ALTON BEN
       Plaintiff

Case No: CV-01-450669

Judge: BRIDGET M MCCAFFERTY

ATIONAL UNION FIRE INSURANCE
:OMPANY
       Defendant

COPY

## JOURNAL ENTRY

PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT FILED ON OCTOBER 4, 2002 IS DENIED.
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FILED ON OCTOBER 4, 2002 IS GRANTED.
ACCORDINGLY, THE COURT MAKES THE FOLLOWING FINDINGS AND DECLARATIONS: BOTH THE
COMMERCIAL GENERAL LIABILITY POLICY RMGL 12161129 AND AUTOMOBILE POLICY RMCA 1352792
ARE FULL FRONTING POLICIES AND EXEMPT FROM OHIO'S UNINSURED/UNDERINSURED MOTORIST
COVERAGE STATUTE, O.R.C. 3937.18. PLAINTIFF IS NOT ENTITLED TO UNDERINSURED COVERAGE
UNDER EITHER OF THE POLICIES AND DEFENDANT NATIONAL UNION IS ENTITLED TO JUDGMENT AS
A MATTER OF LAW.

_____   11-7-02
Judge Signature             Date

EX. B