FILED
LUCAS COUNTY
2003 JUN -3 A [illegible]
COMMON PLEAS COURT
BERNIE QUILTER
CLERK OF COURTS

IN THE COURT OF COMMON PLEAS
LUCAS COUNTY, OHIO

| | | |
|---|---|---|
| DAVID KOCH, et al., | ) | CASE NO. 4801-CI-200105732 |
| Plaintiffs, | ) | JUDGE JENSEN |
| vs. | ) | **ORDER** |
| VICTOR PERRY, et al. | ) | |

FOR GOOD CAUSE SHOWN, it is hereby Ordered, Adjudged and Decreed that the Motion To Stay of American Home Assurance Company is well taken and therefore shall be granted.

This matter is hereby stayed pending the Ohio Supreme Court's ruling in the matter of *Skala v. Grange Ins. Co.*, 2002 WL 31115067 (9th Dist., Sept. 25, 2002), *cert. granted* 98 Ohio St.3d 1420, 782 N.E.2d 76 (2003); *White v. Am. Mfrs. Mut. Ins. Co.*, 2002 WL 1833345 (2nd Dist., Aug 09, 2002), *cert. granted* 98 Ohio St.3d 1407, 781 N.E.2d 1017 (2003) and *Westfield Ins. Co. v. Galatis*, 2002 WL 500251 (9th Dist., April 3, 2002), *cert. granted* 96 Ohio St.3d 1446, 771 N.E.2d 260 (2002).

IT IS SO ORDERED.

_____
JUDGE JENSEN

JOHNS MANVILLE/2-1805/PLD0010.77

EX. C