App. E

CASE:   CV-03-492891

96087

FREDRICK DONNENWIRTH ETAL
VS.
F.E. MEYERS ETAL

JUDGE: ROBERT T GLICKMAN
ROOM:   19C JUSTICE CENTER
DOCKET DATE:   06/26/2003

MOTION TO STAY OF DEFENDANT AMERICAN HOME
ASSURANCE COMPANY IS GRANTED.  COUNSEL FOR
AMERICAN HOME ASSURANCE COMPANY SHALL
INFORM THE COURT WHEN THE SUPREME COURT
HAS ISSUED THEIR RULINGS IN TUCKER V. WILSON
AND KEEGAN V. AMERICAN INTERNATIONAL GROUP
INC.

BOOK 2950 PAGE 0659 06/26/2003
NOTICE ISSUED

received
7-3-03
2-1978

| FROM:
| CUYAHOGA COUNTY - COURT OF COMMON PLEAS
| GERALD E. FUERST - CLERK OF COURTS
| JUSTICE CENTER - COURT TOWER
| 1200 ONTARIO ST
| CLEVELAND, OH 44113

| First-Class Mail
| U. S. Postage Paid
| Cleveland, OH
| Permit No. 1962

TO:
BRETT A MILLER
9200 SOUTH HILLS BLVD.
SUITE 300
BROADVIEW HEIGHTS, OH 44147

EX. D