

CASE: CV-02-487306

100109

MARCY ALBRIGHT
    VS.
JOHN DOE DRIVER ETAL

JUDGE: NANCY A FUERST
ROOM:  15B JUSTICE CENTER
DOCKET DATE:  07/15/2003
DEFENDANT1'S MTN FOR SUMM JUDGMENT OF DEFT
NATIONWIDE AGRIBUSINESS INS. CO. DEITRI E.
VILLARREAL (0070439), FILED 05/12/2003, IS DENIED
AS MOOT. PLAINTIFF'S PLTFS: JOINT MOTION TO
CONSOLIDATE...[W] MARK J OBRAL (0006019), FILED
05/21/2003, IS GRANTED. DEFENDANT4'S D4
NATIONAL FIRE INSURANCE OF PENNSYLVANIA
MOTION TO STAY PROCEEDINGS OF DEFT.,
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA PHILIP R. BAUTISTA 0073272, FILED
06/13/2003, IS GRANTED.

BOOK 2959 PAGE 0860 07/15/2003
NOTICE ISSUED

2-1029
received
7-22-03

First-Class Mail
U. S. Postage Paid
Cleveland, OH
Permit No. 1962

FROM:
CUYAHOGA COUNTY - COURT OF COMMON PLEAS
GERALD E. FUERST - CLERK OF COURTS
JUSTICE CENTER - COURT TOWER
1200 ONTARIO ST
CLEVELAND, OH 44113

TO:
PHILIP R. BAUTISTA
9200 SOUTH HILLS BLVD.,
SUITE 300
BROADVIEW HEIGHTS, OH 44147

EX. E