IN THE COURT OF COMMON PLEAS
STARK COUNTY, OHIO

**FILED**
JUL 18 2008
PHIL G. GIAVASIS
STARK COUNTY OHIO
CLERK OF COURT

LEIGH BUCHANAN,                        )    Case No. 2002CV00744
                                       )
            Plaintiff,                 )    JUDGE CHARLES E. BROWN, JR.
                                       )
vs.                                    )    JUDGMENT ENTRY GRANTING
                                       )    MOTION TO STAY OF
HEATH A. BONIPHANT, et al.,            )    DEFENDANT NATIONAL UNION
                                       )    INSURANCE COMPANY OF
            Defendants.                )    PITTSBURGH, PA
                                       )

This matter came before the Court on the Motion to Stay of Defendant National Union Insurance Company of Pittsburgh, Pa, filed June 27, 2003, and Plaintiff's Memorandum in Opposition, filed July 7, 2003.

Defendant moves the Court for an Order staying the within matter until such time that the Supreme Court of Ohio rules on the pending cases of *Tucker v. Wilson*, Case No. CA2002-01-002 (12th Dist., Sept. 30, 2002), *cert. granted* 98 Ohio St.3d 1474, 784 N.E.2d 708 (2003); *Keegan v. American International Group, Inc.*, Case No. 03-406; *Westfield Ins. Co. v. Galatis*, Case No. 20784 (9th Dist. April 3, 2002); and *Burkhart v. CNA*, Case No. 2001CA00265 (5th Dist., Feb. 25, 2003).

Upon review, the Court finds Defendant's Motion to Stay well taken and hereby grants same.

Defendant shall notify the Court upon the issuance of a ruling by the Supreme Court on each of the above-listed cases. After the Supreme Court has ruled on all of the above cases, and upon a Motion being filed, the Court will return this matter to its active docket.

IT IS SO ORDERED.

Judge Charles E. Brown, Jr.

COPIES:    Steven G. Janik, Esq./Shawn W. Schlesinger, Esq.
           Stanley R. Rubin, Esq.

EX. F