DIANA ZALESKI
2003 JUL 18 AM 11: 01
SUMMIT COUNTY
CLERK OF COURTS

IN THE COURT OF COMMON PLEAS

COUNTY OF SUMMIT

| | | |
|---|---|---|
| DONNA JEAN SLOAN, et al. | ) | CASE NO. CV 1999 06 2273 |
| Plaintiffs | ) | JUDGE SPICER |
| -vs- | ) | |
| STATE FARM INSURANCE COMPANIES, et al. | ) | **ORDER** |
| Defendants | ) | |

- - -

This matter is before the Court upon Defendant, National Union Fire Insurance Company of Pittsburgh, PS's ("National Union") motion to stay and motion to excuse attendance of party representative at pretrial conference. Plaintiff has responded, stating that he does not oppose National Union's motions.

For good cause shown, National Union's motion to stay proceedings until the Supreme Court rules on cases involving Pontzer issues relevant to this action is granted. Due to the stay, the July 28, 2003 pretrial conference is continued until such time that the parties notify the Court that the stay should be lifted and the matter placed back upon the Court's docket. National Union's motion to excuse attendance of party representative is moot.



EX. G

It is so Ordered.

---
JUDGE MARY F. SPICER

cc: Attorney William Zavarello
    Attorney Steven G. Janik
    Attorney Matthew J. Grimm

jd/dle
99-2273