DIANA ZALESKI

2003 JUL 22 PM 2:20

SUMMIT COUNTY
CLERK OF COURTS

IN THE COURT OF COMMON PLEAS

COUNTY OF SUMMIT

| | | |
|---|---|---|
| KATHRYN M. HAYDEN | ) | CASE NO. CV 02 05 2632 |
| Plaintiff | ) | JUDGE SPICER |
| -vs- | ) | |
| JEFFREY A. REASH, et al. | ) | **ORDER** |
| Defendants | ) | |

- - -

This matter is before the Court upon Defendant American Home Assurance Company's ("American Home") motion to stay proceedings, filed June 13, 2003.

American Home moves to stay the proceedings in this matter pending decisions by the Ohio Supreme Court on cases pending before it of *Tucker v. Wilson*, No. 2002-1956 and *Dalton v. The Travelers Ins. Co.*, No. 2002-579. Finding no objection has been filed, the Court grants American Home's motion to stay proceedings until such time that Decisions are rendered on *Tucker* and *Dalton*. The parties may suspend the filing of further briefs until after the stay is lifted.

It is so Ordered.

JUDGE MARY F. SPICER

cc: Attorney Michael J. DelMedico
 Attorney Kevin P. Hardman

jd/ctm
02-2632

EX. H