IN THE COURT OF COMMON PLEAS
STARK COUNTY, OHIO

| | | |
|---|---|---|
| CLAUDIA BALL, | ) | CASE NO. 2002CV02793 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MOTORIST INSURANCE COMPANIES., et al., | ) | |
| | ) | |
| Defendants. | ) | |

FILED
JUL 23 2003
...YASIS
...OUNTY OHIO
CLERK OF COURTS

This matter came before the Court upon the motion of Defendant, American Home Assurance Company ("American Home"), to stay the proceedings in this case until the Ohio Supreme Court rules in *Westfield Ins. Co. v. Galatis*, Case No. 20784 (9th Dist., April 3, 2002) and *Burkhart v. CAN*, Case No. 2001CA00265 (5th Dist., Feb. 25, 2003), which are currently pending before it. None of the parties filed a response to said motion. Upon review of the motion and for good cause shown, the Court finds the motion well taken and, hereby, **STAYS** the proceedings in this case until further order of this Court.

**IT IS SO ORDERED.**

_____
HON. SARA LIOI

c: William Z. Christoff
Trace Evans
Kirk E. Roman
Steven G. Janik/Matthew J. Grimm/Jeffery T. Peters


received
7/24/02

EX. 1