RICHLAND COUNTY
CLERK OF COURTS
FILED
03 JUL 28 AM 9:02
PHILLIP SCOTT
CLERK OF COURTS

IN THE COMMON PLEAS COURT OF RICHLAND COUNTY, OHIO

| | | |
|---|---|---|
| Pamela Picheco, et al., | : | Case No. 02-CV-454-H |
| Plaintiffs, | : | Judge James D. Henson |
| v. | : | **JUDGMENT ENTRY** |
| Geico Direct, et al., | : | |
| Defendants. | : | |

On June 16, 2003, Defendant National Union Fire Insurance Company of Pittsburgh, PA filed a Motion to Stay the proceedings in this case until such time as the Supreme Court of Ohio rules in the pending cases of *Tucker v. Wilson*, Case No. CA2002-01-002 (12th Dist., Sept. 30, 2002), *cert. granted* 98 Ohio St. 3d 1474, 784 N.E.2d 708 (2003); and *Allen v. Johnson*, Case Nos. 01CA0047 (9th Dist., July 3, 2003).

The Court finds said motion to be well taken and the same is Granted.

This case is stayed and closed on the Court's docket until such time as the Supreme Court of Ohio rules in the above-noted cases.

So ordered.

_____
Judge James D. Henson

received
7-30-03

EX. J