FILED
2003 JUL 28 PM 3:28
DO...... ......... CLERK
COMMON PLEAS COURT
HOLMES COUNTY, OHIO

IN THE COURT OF COMMON PLEAS
HOLMES COUNTY, OHIO

Linda Kelley,
    Plaintiff,
    V.
Old Republic Insurance Company, et. al.,
    Defendants.

CASE NO. 02-CV-190

JOURNAL ENTRY

Journalized: Journal _169_, Page(s) _245_

Before the Court for decision is the June 30, 2003 Motion to Stay of Defendant National Union Fire Insurance Company, of Pittsburgh, PA ("National Union"). The motion was scheduled for non-oral hearing at 4:00 p.m. on July 16, 2003.

Plaintiff responded with a Brief in Opposition filed on July 3, 2003.

For the reasons stated in the Memorandum in Support, the Court finds the Motion to Stay to be well taken and the same is hereby granted.

WHEREFORE, it is hereby Ordered, Adjudged and Decreed that further proceedings in this case are hereby stayed pending the decision of the Ohio Supreme Court in *Tucker v. Wilson*, Case No. CA2002-01-002 (12th Dist., September 30, 2002), *cert granted* 98 Ohio St. 3d 1474 (2003).

Counsel for National Union shall inform this Court of the Supreme Court's decision.

SO ORDERED,

Dated: 7/28/2003

_____
THOMAS D. WHITE, JUDGE

cc: All counsel.
[✓] Copies distributed on _7-29-03_, by _MER_.

Case No. 02-CV-190
Page 1

EX. K