**FILED**
**COMMON PLEAS**
**FRANKLIN CO.**
**2003 AUG -4 AM 10: 21**
**CLERK OF COURTS**

IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO
CIVIL DIVISION

TAMARA D. BICKHAM, et al.,

　　　　Plaintiffs,

　　v.　　　　　　　　　　　　Case No. 03CVH-02-1427 (Sheward, J.)

ADECCO EMPLOYMENT SERVICES, et al.,

　　　　Defendants.

**TERMINATION NO. 12**
**BY PG 8/4/03**

## DECISION AND ENTRY GRANTING DEFENDANT NATIONAL UNION'S MOTION TO STAY, FILED JUNE 26, 2003

Upon the Motion of Defendant National Union, the Court STAYS this proceeding until the Ohio Supreme Court issues decisions in *Tucker v. Wilson*, Case No. CA 2002-01-002, cert. granted 98 Ohio St.3d 1474; *Westfield Ins. Co. v. Galatis*, Case No. 200784 (9th Dis. Apr. 3, 2002); *Allen v. Johnson* Case Nos. 01CA0046, 01CA0047 (9th Dist. July 3, 2003). See *Guerrriero v. Dept. of Rehab & Corr.*, 2002-Ohio-5149.

Counsel for Defendant National Union shall file a Status Report six months from the date of this Entry or upon the Court's issuance of a decision in any of the above cited cases, whichever comes first.

　　　　　　　　　　　　　　　　　　　_/s/ Richard S. Sheward_
　　　　　　　　　　　　　　　　　　　RICHARD S. SHEWARD, JUDGE

Copies to:

David A. Beals
Counsel for Plaintiff

Matthew J. Grimm
Jeffery A. Kaleda
Counsel for Defendant National Union Insurance Company of Pittsburgh, PA

EX. L

2-1774