**MOTION GRANTED**
This case is stayed for six months
/s/George J. Limbert
U.S. MAGISTRATE JUDGE - 08/19/03

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HERBERT L. LAWSON, et al., | ) | CASE NO. 4:02CV2053 |
| | ) | |
| Plaintiffs, | ) | JUDGE ECONOMUS |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | **DEFENDANT NATIONAL UNION FIRE** |
| COMPANY OF PITTSBURGH, PA., | ) | **INSURANCE COMPANY'S MOTION TO** |
| | ) | **STAY CASE** |
| Defendant. | ) | |

National Union Fire Insurance Company of Pittsburgh, PA ("National Union") respectfully moves the Court to stay all proceedings in this case until such time as the Supreme Court of Ohio rules in the pending cases of *Westfield Ins. Co. v. Galatis*, Case No. 20784 (9th Dist., April 3, 2002) and *Allen v. Johnson*, Case Nos. 01CA0046, 01CA0047 (9th Dist., July 3, 2003).

National Union respectfully submits the attached Brief in support of the present Motion.

Respectfully submitted,

/s/ Devin J. Oddo
STEVEN G. JANIK (0021934)
DEVIN J. ODDO (0069693)
JANIK & DORMAN, L.L.P.
9200 South Hills Blvd., Suite 300
Cleveland, Ohio 44147
(440) 838-7600
(440) 838-7601 FAX
Steven.Janik@Janiklaw.com
Devin.Oddo@Janiklaw.com

EX. M