03 SEP 10 AM 9:59

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL W. PERTUSET, | ) | CASE NO. C1-02-366 |
| | ) | |
| Plaintiff | ) | JUDGE SPIEGEL |
| v. | ) | |
| | ) | **NOTICE OF FILING STIPULATED ENTRY** |
| DON D. JONES, et al., | ) | |
| | ) | |
| Defendants | ) | |

Now comes the parties and hereto submit for the Court's consideration the attached Judgment Entry to Stay the Proceedings until such time as the Ohio Supreme Court rules upon dispositive coverage issues in the above captioned matter and thereafter permitting the parties additional time to brief the coverage issues applicable to the above captioned matter.

WHEREFORE, the parties request this Court to approve the attached Stipulated Order staying the proceedings.

/s/ Richard W. Campbell (per phone consent)
RICHARD W. CAMPBELL
P.O. BOX 1324
1024 Kinney's Lane
Portsmouth, Ohio 45662
Telephone: (740) 354-5659
Fax: (740) 354-5650

Attorney for Plaintiff

STEVEN G. JANIK (0021934)
MATTHEW J. GRIMM (0065060)
MICHAEL J. CALLOW (0065579)
JANIK & DORMAN, L.L.P.
9200 South Hills Boulevard, Suite 300
Cleveland, Ohio 44147
Telephone: (440) 838-7600
Fax: (440) 838-7601
Email:  Steven.Janik@Janiklaw.com
            Matthew.Grimm@Janiklaw.com
            Michael.Callow@Janiklaw.com

Attorneys for Defendant National Union
Fire Insurance Company of Pittsburgh, PA

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Filing Stipulated Entry and Order was filed via Federal Express, this 9th day of September, 2003 and by regular U.S. Mail, postage prepaid upon:

Richard W. Campbell, Esq.
P.O. Box 1324
1024 Kinney's Lane
Portsmouth, Ohio 45662
    **Attorney for Plaintiff, Michael W. Pertuset**

James V. Heath, Esq.
P.O. Box 4770
Maineville, Ohio 45039
    **Attorney for Defendant, Don D. Jones**

/s/ Michael Callow
STEVEN G. JANIK (0021934)
MATTHEW J. GRIMM (0065060)
MICHAEL J. CALLOW (0065579)
KATHLEEN A. NITSCHKE (0073397)
JANIK & DORMAN, L.L.P.
9200 South Hills Boulevard, Suite 300
Cleveland, Ohio 44147
Telephone: (440) 838-7600
Fax: (440) 838-7601
Email:  Steven.Janik@Janiklaw.com
           Matthew.Grimm@Janiklaw.com
           Michael.Callow@Janiklaw.com

Attorneys for Defendant National Union
Fire Insurance Company of Pittsburgh, PA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL W. PERTUSET, | ) | CASE NO. C1-02-366 |
| | ) | |
| Plaintiff | ) | JUDGE SPIEGEL |
| v. | ) | |
| | ) | **ORDER** |
| DON D. JONES, et al., | ) | |
| | ) | |
| Defendants | ) | |

Upon due consideration, the motion of Defendant National Union Fire Insurance Company of Pittsburgh, PA to stay this action until the Ohio Supreme Court rules on the pending cases as *Tucker v. Wilson,* Case No. CA2002-01-002, 2002-Ohio-5142 (12th Dist., September 30, 2002), and *Keegan v. American International Group, Inc.,* Certified State Law Question, Case No. 3:02CV7127 (N.D. Ohio 2003); *Westfield Ins. Co. v. Galatis,* C.A. No. 20784 (9th Dist. Apr 3, 2002), *cert. granted* 98 Ohio St. 3d 1420, 782 N.E.2d 76 (2003); *Skala v. Grange Ins. Co.,* 2002 WL 31115067 (9th Dist., Sept. 25, 2002), *cert. granted* 98 Ohio St.3d 1420, 782 N.E.2d 76 (2003); *Burkhart v. CAN Ins. Co.,* Cas No. 2001CA00265 (5th Dist., February 25, 2002), *cert. granted,* 96 Ohio St.3d 1338, 770 N.E.2d 1048 (2002) is granted. Counsel for the parties shall notify the Court when the Supreme Court of Ohio has ruled in the above referenced cases. Upon the stay being lifted, the parties will be provided an opportunity to address coverage issues and file and/or respond to dispositive motions.

IT IS SO ORDERED:


_____
JUDGE SPIEGEL