UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL W. PERTUSET, | ) | CASE NO. C1-02-366 |
| | ) | |
| Plaintiff | ) | JUDGE SPIEGEL |
| v. | ) | |
| | ) | **ORDER** |
| DON D. JONES, et al., | ) | |
| | ) | |
| Defendants | ) | |

Upon due consideration, the motion of Defendant National Union Fire Insurance Company of Pittsburgh, PA to stay this action until the Ohio Supreme Court rules on the pending cases as *Tucker v. Wilson,* Case No. CA2002-01-002, 2002-Ohio-5142 (12th Dist., September 30, 2002), and *Keegan v. American International Group, Inc.,* Certified State Law Question, Case No. 3:02CV7127 (N.D. Ohio 2003); *Westfield Ins. Co. v. Galatis,* C.A. No. 20784 (9th Dist. Apr 3, 2002), *cert. granted* 98 Ohio St. 3d 1420, 782 N.E.2d 76 (2003); *Skala v. Grange Ins. Co.,* 2002 WL 31115067 (9th Dist., Sept. 25, 2002), *cert. granted* 98 Ohio St.3d 1420, 782 N.E.2d 76 (2003); *Burkhart v. CAN Ins. Co.,* Cas No. 2001CA00265 (5th Dist., February 25, 2002), *cert. granted,* 96 Ohio St.3d 1338, 770 N.E.2d 1048 (2002) is granted. Counsel for the parties shall notify the Court when the Supreme Court of Ohio has ruled in the above referenced cases. Upon the stay being lifted, the parties will be provided an opportunity to address coverage issues and file and/or respond to dispositive motions.

IT IS SO ORDERED:

_____
JUDGE SPIEGEL