UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

```
MICHAEL W. PERTUSET,           :
                               :   NO. 1:02-CV-00366
        Plaintiff,             :
                               :
                               :   ORDER
    v.                         :
                               :
                               :
DON D. JONES, et al.,          :
                               :
        Defendants.            :
```

On September 10, 2003, this Court entered an Order staying the instant action pending the Ohio Supreme Court's disposition of cases interpreting key issues of state law implicated by the instant action (doc. 26). On January 26, 2004, Defendant National Union Fire Insurance Company noticed the Court (doc. 27) that the Supreme Court has issued decisions in the relevant cases, ruling these legal issues ripe for briefing.

Accordingly, the stay entered by this Court on September 10, 2003 (doc. 26) is hereby LIFTED. Defendants must file their dispositive motions on any associated issues of law by March 19, 2004. All subsequent briefing will proceed in accordance with the timeframes established by S.D. Ohio Civ. R. 7.2.

SO ORDERED.

Date: February 10, 2004       /s/ S. Arthur Spiegel
                              S. Arthur Spiegel
                              United States Senior District Judge