# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL W. PERTUSET | ) | CASE NO. 1:02-CV-00366 |
| | ) | |
| Plaintiff, | ) | JUDGE SPIEGEL |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF DEPOSITION** |
| DON D. JONES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Counsel is hereby advised that the undersigned will take the discovery deposition of Edward Lim, M.D., on Thursday, April 15, 2004, at 5:00 p.m. This deposition will take place at the office of:

> Case Consultants of Ohio
> 330 Straight Street, Ste. 311
> Cincinnati, Ohio 45219

The depositions shall be recorded by stenographic means by an officer duly authorized by the Court to administer oaths, and shall continue from day to day until completed.

Respectfully submitted,

*/s/Michael J. Callow*
STEVEN G. JANIK (0021934)
MATTHEW J. GRIMM  (0065060)
MICHAEL J. CALLOW (0065579)
KATHLEEN A. NITSCHKE (0073379)
JANIK & DORMAN, L.L.P.
9200 South Hills Boulevard, Suite 300
Cleveland, Ohio 44147
Telephone: (440) 838-7600
Fax:  (440) 838-7601
Email:  Steven.Janik@Janiklaw.com
        Matthew.Grimm@Janiklaw.com
        Michael.Callow@Janiklaw.com
        Kathleen.Nitschke@Janiklaw.com

Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, PA

**CERTIFICATE OF SERVICE**

A copy of the foregoing Notice of Deposition has been served, via the Court's electronic filing system this 17th day of March, 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Michael J. Callow

One of the Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, PA

2-1612/NOT0001.109