IN THE COURT OF COMMON PLEAS OF DEFIANCE COUNTY, OHIO

Armon R. Helton, et.al.       :

           Plaintiffs       : Case No. 01-CV-35004

-vs-

Ryan S. Young, et.al.       : OPINION and JUDGMENT ENTRY

           Defendants       :

FILED IN COURT OF COMMON PLEAS DEFIANCE COUNTY, OHIO JUN 1 8 2003

This cause came on for consideration of cross-motions for summary judgment filed on behalf of Plaintiff, Demond Haynes, and Defendants, General Motors Corporation and National Union Fire Insurance Company of Pittsburg. At issue is the availability of uninsured/underinsured motorists coverage in favor of Mr. Haynes as a result of his father's employment at General Motors. National Union had issued fully-fronted commercial liability policies to G.M. as part of G.M.'s risk management program. The parties have extensively briefed the issues citing, it appears, every possible authority bearing on the case. The court will not attempt, here, to reiterate the arguments and authorities cited. Suffice it to say that there exists no genuine issue of material fact and disposition as a matter of law is appropriate.

1

2-1826

The court acknowledges the broad scope of authority cited, however, <u>Hellman v. Motorists Mutual Insurance Co.</u> 2003-Oh 2672 (Putnam May 23, 2003) cited as supplemental authority, is dispositive. In <u>Hellman</u>, as in the instant case, the employer through which <u>Scott-Pontzer</u> coverage was sought, was "self-insured in the practical sense" and therefore not required to meet the statutory requirements of R.C. 3937.18. In the instant case, General Motors Risk Management plan incorporates fully-fronted policies administered by National Union. G. M. is clearly "self-insured in the practical sense". <u>Hellman</u> decided by our Third District Court of Appeals is dispositive and General Motors and National Union Fire Insurance Company of Pittsburg, Pennsylvania are entitled to judgment as a matter of law.

Notwithstanding <u>Hellman</u>, it appears to the court that the weight of other authority would require a similar result. A specific alternative basis for the determination that <u>Scott-Pontzer</u> coverage is unavailable to the Plaintiff in the instant case results from choice of law analysis under <u>Ohayon v. Safeco Ins. Co. of Ill.</u>, 747 N. E. 2d 819 (S.D. Ohio 2001) as applied in <u>Rutlin v. National Union Fire Ins. Co. of Pittsburg, PA.</u>, 2003 U.S. Dist. LEXIS 6928 (S.D. Ohio April 22, 2003). In <u>Rutlin</u>, the Federal Court analyzed G.M.'s fronting program and choice of law issues under <u>Ohayon</u>. <u>Rutlin</u> determined that Michigan law which expressly rejects the <u>Scott-Pontzer</u> rationale would apply and, even if Ohio law were

applicable, the practical equivalent of self-insurance created by General Motors' fronting policies prevents the application of R.C. Section 3937.18 to the case at barr.

Based on the foregoing, it is apparent that the motions for summary judgment filed on behalf of Defendants, General Motors and National Union Fire Insurance Company of Pittsburg, Pennsylvania, are well taken and must be granted while Plaintiffs cross-motion is without merit.

It is therefore ORDERED, ADJUDGED and DECREED that:

(1) The claims of Plaintiff, Demond A. Haynes, as against Defendant, General Motors Corporation and Defendant, National Union Fire Insurance Company of Pittsburg, PA, are hereby dismissed, with prejudice; and

(2) Costs to the Plaintiff, Demond A. Haynes.

It appearing that the foregoing decision adjudicates fewer than all claims or rights and liabilities of fewer than all of the parties, pursuant to Civil Rule 54(B), the court determines that there exists no just reason for delay and final judgment is entered in favor of Defendants, General Motors and National Union Fire Insurance Company of Pittsburg, PA and against Plaintiff. It is the intention of the court that this be a final, appealable order.

TO THE CLERK:
   Serve all parties with Notice and Date of this Judgment per the provisions of CIV.R. 5(B).
JUDGE

Joseph N. Schmenk
JUDGE

3

cc:    The Bolotin Law Offices
       By: Samuel G. Bolotin &
          Dee Harrinton
       4349 Talmadge Road
       Toleod, Ohio 43623-3565
       Attorney for Plaintiff

       Robison, Curphey & O.'Connell
       By: Daniel G. Hazard
       Ninth Floor, Four SeaGate
       Toledo, Ohio 43604
       Attorney for Defendant,
        American Commerce Ins.

       Zeiger & Carpenter LLP
       By: Darren L. Nealy &
         Daniel r. Mordarski
       1600 Huntington Center
       41 South High Street
       Columbus, Ohio 43215
       Attorney for Defendant,
        General Motors Corporation

       Janik & Dorman, L.L.P.
       By: Matthew J. Grimm
       9200 South Hills Blvd., Suite 300
       Cleveland, Ohio 44147
       Attorney for Defendant, National
        Union fire Ins. Co. of Pittsburg, PA

       Voyrs, Sater, Seymour and Pease LLP
       By: Marguettes D. Robinson
       2100 One Cleveland Center
       1375 East Ninth Street
       Cleveland, Ohio 44114-1724
       Attorney for Intervening Plaintiff,
        Community Ins. Co.,
         d/b/a Anthem Blue Cross and Blue Shield

       Ryan S. Young
       2113 Brookhaven Dr.
       Lima, Ohio 45805

Mia Young
459 Pontiac Drive, Apt. C
Defiance, Ohio   43512