

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 APR -5 PM 1:46

| | |
|---|---|
| **MICHAEL W. PERTUSET**<br>**PLAINTIFF**<br><br>vs<br><br>**DON D. JONES, ET AL.**<br>**DEFENDANTS** | **CASE NO. C-1-02-366**<br><br>**JUDGE: SPIEGEL**<br><br>**MOTION FOR EXTENSION**<br>**OF TIME** |

Now comes Plaintiff, Michael Pertuset, and moves this court for a 21-day extension, until May 3, 2004 to respond to Defendant's Motion for Summary Judgment. Counsel has contacted defense counsel who is not opposed.

                                                                    _____
                                                                    Richard W. Campbell, #0015060
                                                                    Attorney for Plaintiff
                                                                    P.O. Box 1324
                                                                    1024 Kinney's Lane
                                                                    Portsmouth, Ohio 45662
                                                                    (740) 354-5659

### CERTIFICATE OF SERVICE

This is to certify that the foregoing was served on Kathleen A. Nitschke, Attorney for Defendant, National Union Fire Insurance Company, at 9200 South Hills Blvd, Suite 300, Cleveland, Ohio 44147 by ordinary U.S. ordinary mail this 2nd day of April, 2004.

                                                                    _____
                                                                    Richard W. Campbell

RICHARD W. CAMPBELL
Attorney At Law
P.O. Box 1324
1024 Kinney's Lane
Portsmouth, Ohio  45662
(614) 354-5659

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MICHAEL W. PERTUSET
    PLAINTIFF

vs

DON D. JONES, ET AL.
    DEFENDANTS

CASE NO. C-1-02-366

JUDGE: SPIEGEL

ENTRY

    Upon Motion of Plaintiff, Michael Pertuset, this Court hereby grants Plaintiff a 21-day extension, until **May 3, 2004** to respond to Defendant's Motion for Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

**Per telephone authorization 04/02/04**
Kathleen A. Nitschke
9200 South Hills Blvd, Suite 300
Cleveland, Ohio 44147
(440) 838-7600
Attorney for Defendant
National Union Fire Insurance Co.

_____
Richard W. Campbell (00015060)
P.O. Box 1324
1024 Kinney's Lane
Portsmouth, Ohio 45662
(740) 354-5659
Attorney for Plaintiff
Michael Pertuset

RICHARD W. CAMPBELL
Attorney At Law
P.O. Box 1324
1024 Kinney's Lane
Portsmouth, Ohio 45662
(614) 354-5659