# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

MICHAEL W. PERTUSET
   PLAINTIFF

vs

DON D. JONES, ET AL.
   DEFENDANTS

CASE NO. C-1-02-366

JUDGE: SPIEGEL

ENTRY

    Upon Motion of Plaintiff, Michael Pertuset, this Court hereby grants Plaintiff a 21-day extension, until **May 3, 2004** to respond to Defendant's Motion for Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

<u>Per telephone authorization 04/02/04</u>
Kathleen A. Nitschke
9200 South Hills Blvd, Suite 300
Cleveland, Ohio 44147
(440) 838-7600
Attorney for Defendant
National Union Fire Insurance Co.

_____
Richard W. Campbell (00015060)
P.O. Box 1324
1024 Kinney's Lane
Portsmouth, Ohio 45662
(740) 354-5659
Attorney for Plaintiff
Michael Pertuset

RICHARD W. CAMPBELL
Attorney At Law
P.O. Box 1324
1024 Kinney's Lane
Portsmouth, Ohio 45662
(614) 354-5659