UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL W. PERTUSET, | ) | CASE NO: C1-02-366 |
| | ) | |
| Plaintiff, | ) | JUDGE SPIEGEL |
| | ) | |
| v. | ) | **NOTICE OF WITHDRAWAL** |
| | ) | |
| DON D. JONES, ET AL | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Please take notice that Michael J. Callow, Esq., is no longer counsel of record for Defendant, National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), in the captioned matter. Matthew J. Grimm, Esq. and the law firm of Janik & Dorman, LLP continue to represent National Union with respect to this matter.

                                                Respectfully submitted,

                                                _/s/ Matthew J. Grimm_
STEVEN G. JANIK (0021934)
MATTHEW J. GRIMM (0065060)
KATHLEEN A. NITSCHKE (0073397)
JANIK & DORMAN, L.L.P.
9200 South Hills Blvd., Suite 300
Cleveland, Ohio 44147
(440) 838-7600
(440) 838-7601 Fax
Email: Steven.Janik@Janiklaw.com
        Matthew.Grimm@Janiklaw.com
        Kathleen.Nitschke@Janiklaw.com

Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, PA

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Withdrawal has been served, via the Court's electronic filing system this 12th day of May, 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A copy of the foregoing was served via U.S. Mail, postage prepaid, upon:

Richard W. Campbell, Esq.
P.O. Box 1324
1024 Kinney's Lane
Portsmouth, Ohio 45662

    **Attorney for Plaintiff, Michael W. Pertuset**

*/s/ Matthew J. Grimm*
One of the Attorneys for Defendant National
Union Fire Insurance Company of
Pittsburgh, PA