IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

05 OCT 28 AM 11: 27

| | | |
|---|---|---|
| MICHAEL PERTUSET, | ) | CASE NO.: CI-02-366 |
| | ) | |
| Plaintiff, | ) | JUDGE SPIEGEL |
| | ) | |
| v. | ) | **STIPULATED SETTLEMENT** |
| | ) | **AGREEMENT AND DISMISSAL** |
| DON D. JONES, et al., | ) | **ENTRY** |
| | ) | |
| Defendants. | ) | |

The parties do hereby agree that the captioned matter is settled and dismissed with prejudice at Defendants' costs.

_____
RICHARD W. CAMPBELL
P.O. Box 1324
1024 Kinney's Lane
Portsmith, Ohio 45662
Phone: 740-354-5659
Fax: 740-354-5650
Email: rick@rwCampbellaw.com

Attorney for Plaintiff

Respectfully submitted,

_____
BRIAN D. SPITZ (0068816)
MICHAEL J. STANUSZEK (0078283)
JANIK & DORMAN, L.L.P.
9200 South Hills Boulevard, Suite 300
Cleveland, Ohio 44147-3521
Direct: (440) 740-3084
Main:  (440) 838-7600
Fax:   (440) 838-7601
Email: Brian.Spitz@Janiklaw.com
       Michael.Stanuszek@Janiklaw.com

Attorneys for Defendants

{00073904; 1; 0002-1612; KJ}